**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

In re: William Dwight Spruill                                  Case No. 12-31574-DOT

**Debtor(s)**                                                  Chapter 13


Address:  5825 Adler Road
          Richmond, VA 23224

Last four digits of Social Security No(s):    xxx-xx-4513 (Debtor)

**NOTICE OF APPLICATION BY BOLEMAN LAW FIRM, P.C.
FOR SUPPLEMENTAL COMPENSATION**

Boleman Law Firm, P.C. ("Boleman"), counsel for the above named Debtor(s), has filed a Supplemental Application for Allowance of Compensation pursuant to 11 U.S.C. § 330(a) and § 503(b)(2), Federal Rules of Bankruptcy Procedure 2016, and Standing Order No. 08-1, seeking approval of attorney fees and expenses.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one. Pursuant to Local Bankruptcy Rule 9013-1(H), notice is hereby given that, unless a written response is filed with the Clerk of Court and served on the moving parties within fourteen (14) days of this notice, objecting to the relief requested, the Court may deem any opposition waived, treat the Application as conceded, and issue an order granting the requested relief.**

**PURSUANT TO LOCAL RULE 9013-1(H), NOTICE IS HEREBY GIVEN THAT
ANY OBJECTION TO THIS APPLICATION SHALL BE MADE
WITHIN FOURTEEN (14) DAYS HEREOF.**

Laura T. Alridge   (VSB#42549)
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, VA 23230-1588
Telephone (804) 358-9900
Counsel for Debtor(s)

If you want to be heard on this matter, you or your attorney must:

1. File with the court, at the address below, a written response pursuant to Local Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

    Clerk of Court
    United States Bankruptcy Court
    701 E. Broad Street, Room 4000
    Richmond, VA 23219-3515

2. You must also mail a copy to:

    Boleman Law Firm, P.C.
    P. O. Box 11588
    Richmond, VA 23230-1588

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

Respectfully submitted,

William Dwight Spruill

By Counsel:

 /s/ Laura T. Alridge
Laura T. Alridge  (VSB#42549)
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, Virginia 23230-1588
Telephone (804) 358-9900
Counsel for Debtor(s)

## CERTIFICATE OF SERVICE

I certify that on February 14, 2013 I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties in interest on the mailing matrix attached hereto.

/s/ Laura T. Alridge
Counsel for Debtor(s)

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

In re: William Dwight Spruill                                    Case No. 12-31574-DOT
Debtor                                                                            Chapter 13

**APPLICATION BY BOLEMAN LAW FIRM, P.C.,
FOR SUPPLEMENTAL COMPENSATION**

  **COMES NOW,** the Boleman Law Firm, P.C., ("Boleman"), counsel for Debtor(s), and pursuant to 11 U.S.C. § 330(a) and §503(b)(2), Federal Rules of Bankruptcy Procedure 2016, and Standing Order No. 08-1, respectfully applies to this Honorable Court for approval and payment of supplemental fees in the amount of $250.00.

  1. Fees in the amount of $3,000.00 have previously been paid by the debtor(s) or approved for payment through the plan.

  2. Pursuant to Exhibit 1, Paragraph 2.d., of Standing Order 08-1, Boleman hereby applies for the supplemental fees stated below and allowed under the exception to the requirement for contemporaneous time records. A summary of the services for which supplemental compensation is requested is as follows:

| Description of Services Rendered | Date of Services | Fee Requested |
|---|---|---|
| Post-confirmation plan modification (uncontested) | 9/5/12 | $250.00 |

  3. Boleman has incurred actual and necessary expenses in preparing and serving the instant Application. Expenses advanced for printing and photocopy of the Application are charged at a rate of $0.15 per printed page and postage for mailings is charged at actual cost (various rates apply depending upon weight and class).

  4. Charges (expenses only) have been incurred for preparation and noticing of the fee application. Boleman will apply for reimbursement of such expenses via a Proof of Claim filed in the Claims Register of the Court.

  5. The requested fees can be paid without reducing the dividend on unsecured claims.
.

Laura T. Alridge (VSB#42549)
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, VA 23230-1588
Telephone (804) 358-9900
Counsel for Debtor(s)

WHEREFORE, Boleman Law Firm, P.C., respectfully requests this Honorable Court to approve supplemental fees in the amount of $250.00 to be paid through the Chapter 13 Plan as an administrative expense claim pursuant to 11 U.S.C §503.

**Respectfully Submitted,**
BOLEMAN LAW FIRM, P.C.
Counsel for Debtor(s):

/s/ Laura T. Alridge
**Laura T. Alridge** (VSB# 42549)
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, Virginia 23230-1588
Telephone (804) 358-9900
Counsel for Debtor(s)

## CERTIFICATE OF SERVICE

I certify that on February 14, 2013 I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties in interest on the mailing matrix attached hereto.

/s/ Laura T. Alridge
Counsel for Debtor(s)

Office of the US Trustee
701 E. Broad Street
Room 4304
Richmond, VA 23219

Advanta Bank Corp
P.O. Box 5657
Re: Bankruptcy
Hicksville, NY 11802

American Home Mortgage
Po Box 619063
Dallas, TX 75261

AMEX
RE: Bankrutpcy
4315 South 2700 West
Salt Lake City, UT 84184-2145

Bank of America
1100 North King Street
Wilmington, DE 19884-2211

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Chase
Attn: Bankruptcy Dept
201 N. Walnut Street
Wilmington, DE 19801

Citi
P.O. Box 6500
Sioux Falls, SD 57117

Citi Home Depot
P.O. Box 9714
Johnson City, TN 37615

City of Petersburg
Office of the Treasurer
PO Box 1271
Petersburg, VA 23804

Credit One Bank
PO Box 60500
City Of Industry, CA 91716-0500

Discover Card
PO Box 6103
Carol Stream, IL 60197-6103

GE Capital Retail Bank
c/o Recovery Management System
25 SE 2nd Avenue, Ste 1120
Miami, FL 33131

GECRB/Have
P.O. Box 965036
Orlando, FL 32896-5036

GMAC
P.O. Box 7041
Troy, MI 48007-7041

Kay Jewelers
Attn: Bankruptcy Dept
PO Box 3680
Akron, OH 44398-9914

Sears/CITI
8725 W. Sahara Ave
The Lakes, NV 89163

Shapiro Brown & Alt, LLP
236 Clearfield Avenue
Suite 215
Virginia Beach, VA 23462

Sterling Jewelers
Re: Bankruptcy
375 Ghent Road
Akron, OH 44333

Suntrust Bank
Re: Bankruptcy
PO Box 85526
Richmond, VA 23285

Village Bank
Re: Bankruptcy
13531 Midlothian Turnpike
Midlothian, VA 23113

Weinstein & Riley P.S.
Re: Americash
2001 Western Ave, Ste 400
Seattle, WA 98121

WFB CD Service
P.O. Box 3696
Portland, OR 97208