IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:  William Dwight Spruill                                    Case No.  12-31574-DOT
Debtor                                                                        Chapter 13

## ORDER GRANTING APPLICATION FOR SUPPLEMENTAL COMPENSATION

Upon the filing of an Application for Supplemental Compensation (the "Application") by Hathaway Adair, P.C. ("Hathaway Adair"), counsel for the Debtor, and it appearing to the Court proper to do so, it is hereby

ORDERED that the Application is approved and the relief requested therein is granted; it is further

ORDERED that supplemental fees in the amount of $250.00 are hereby APPROVED and that the Chapter 13 Trustee is to pay such supplemental fees as an administrative expense pursuant to 11 U.S.C. § 503 for the following service:

| Description of Services Rendered | Date of Services | Fee Requested |
|---|---|---|
| Defense of Motion for Relief (settled) | 6/11/13 | $250.00 |

The Clerk is directed to forward a copy of this Order ot the parties listed on the attached service list.

Date: _____                                    _____
                                                                          United States Bankruptcy Judge

I ask for this:

/s/ Deanna H. Hathaway (VSB #44150)
Deanna H. Hathaway (VSB #44150)
Hathaway Adair, P.C.
3412 Cutshaw Avenue
Richmond, VA 23230
Phone: (804) 257-9944
Counsel for Debtor

Seen:

/s/ Robert E. Hyman___
Robert E. Hyman, Trustee
P. O. Box 1780
Richmond, VA 23218-1780

## CERTIFICATION

    Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

                                /s/ Deanna H. Hathaway_____
                                    Counsel for Debtor

**Parties to Receive Copies**

Deanna H. Hathaway, Esquire
Hathaway Adair, P.C.
3412 Cutshaw Avenue
Richmond VA 23230

Robert E. Hyman, Trustee
P. O. Box 1780
Richmond, VA 23219-1780

William Spruill
5825 Adler Road
Richmond, VA 23224

Office of the U.S. Trustee
701 E. Broad Street
Room 4304
Richmond VA 23219